**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Randall Elliot
                              Plaintiff,
v.                                                        Case No.: 1:20−cv−05689
                                                           Honorable Harry D. Leinenweber
Reynolds Metals Company, LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 19, 2023:

      MINUTE entry before the Honorable Harry D. Leinenweber: For the reasons stated in the Court's 7/19/23 memorandum opinion and order, Defendant failed to satisfy its burden on summary judgment of demonstrating that Elliott qualified as a bona fide executive employee under the FLSA and AMWA. Accordingly, Defendant's Motion for Summary Judgment (Dkt. No. 27) is denied. Telephone Conference set for 8/24/23 at 9:00 a.m. Joint status report with proposed scheduling dates shall be filed by 8/16/23. Dial: 888−684−8852 or 215−446−0155, access code: 9582710#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.