**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **RANDALL ELLIOT,**<br><br>Plaintiff,<br><br>v.<br><br>**REYNOLDS METALS COMPANY, LLC,**<br><br>Defendant. | No. 1:20-cv-05689<br><br>Judge Harry D. Leinenweber |

**JOINT STATUS REPORT**

Plaintiff Randall Elliott ("Elliott") and Defendant Reynolds Consumer Products LLC ("Reynolds"), by their attorneys and pursuant to this Court's July 19, 2023 Order [Dkt. 38], hereby submit the following Joint Status Report.

1.      Counsel for the Parties have engaged in settlement discussions and believe that the assistance of the Court would be helpful in furthering these discussions.  Therefore, the Parties request that the Court refer this matter to Magistrate Judge Cole to conduct a settlement conference.

2.      Should the Parties fail to reach a resolution at the settlement conference, they would plan to notify the Court and would request that a further status hearing be set at that time in order to set a trial date.

Respectfully submitted,

RANDALL ELLIOTT

By:     */s/ Josh Sanford (by permission)*
One of His Attorneys

1

2

REYNOLDS CONSUMER PRODUCTS LLC

By:     */s/ Todd M. Church*

Josh Sanford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040


Todd M. Church
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL  60654
(312) 372-5520

Dated:  August 16, 2023

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on August 16, 2023, he caused true and correct copies of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all Filing Users.

/s/ *Todd M. Church*
One of the Attorneys for Defendant

4885-4161-1640.1 / 065133-1011