# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Randall Elliot

                        Plaintiff,

v.                                                   Case No.: 1:20−cv−05689

                                                          Honorable Harry D. Leinenweber

Reynolds Metals Company, LLC

                        Defendant.


## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey Cole for the purpose of holding proceedings related to: settlement conference. Mailed notice (maf)


Dated: August 21, 2023

                                                                             /s/ Harry D. Leinenweber

                                                                           United States District Judge