# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Randall Elliot

                                    Plaintiff,

v.                                                         Case No.: 1:20−cv−05689
                                                              Honorable Harry D. Leinenweber

Reynolds Metals Company, LLC

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 21, 2023:

      MINUTE entry before the Honorable Jeffrey Cole: Judge Leinenweber has referred this case here for a settlement conference. [42]. The settlement conference will be by WebEx video. Counsel are requested to select three mutually convenient dates, which my courtroom deputy will provide for a settlement conference, and to email my courtroom deputy, Yulonda Thomas at Yulonda_Thomas@ilnd.uscourts.gov, to discuss one of those dates, not later than 8/28/23. After a date is selected, instructions on proceeding further will be entered on the docket. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.