UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Randall Elliot
                                            Plaintiff,

v.                                                                         Case No.: 1:20−cv−05689
                                                                         Honorable Harry D. Leinenweber

Reynolds Metals Company, LLC
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 18, 2023:

      MINUTE entry before the Honorable Jeffrey Cole: Shortly before the settlement conference scheduled for 1:00pm today was to begin, counsel for the defendant emailed Chambers to let us know that the parties have settled the case and that a settlement conference would not be needed. Accordingly, the scheduled conference is cancelled. Counsel are to be congratulated for all their efforts in this case. Should any questions arise regarding the execution of the settlement agreement, counsel should not hesitate to call Chambers and I can be reached by a call to my courtroom deputy, Yulonda Thomas, at 312−408−5178, and she will arrange for me to participate in the phone call. For now, the matter having been resolved, the referral is closed and the case returned to Judge Leinenweber. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.